**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 475 EAL 2014
:
               Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.              :
:
:
:
SHAWN SAVAGE,           :
:
               Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2015, the Petition for Allowance of Appeal is

**DENIED**.